**Opinion issued September 21, 2023**



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-23-00016-CV**
_____

**QUALITY PROPERTY SOLUTIONS, LLC, Appellant**

**V.**

**STEFFERNIE SHAW, Appellee**

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Case No. 446657-401**

---

## MEMORANDUM OPINION

Appellant Quality Property Solutions, LLC attempts to appeal from the trial court's judgment signed August 18, 2022.

Generally, a notice of appeal is due within thirty days after the judgment is signed. *See* TEX. R. APP. P. 26.1. The deadline to file a notice of appeal is extended to 90 days after the date the judgment is signed if any party timely files a motion for

new trial, motion to modify the judgment, motion to reinstate, or, under certain circumstances, a request for findings of fact and conclusions of law. *See* TEX. R. APP. P. 26.1(a). The time to file a notice of appeal may also be extended if, within 15 days after the deadline to file the notice of appeal, a party properly files a motion for extension. *See* TEX. R. APP. P. 10.5(b), 26.3.

The record reflects that the trial court signed the final judgment on August 18, 2022. Appellant timely filed a motion for new trial on September 19, 2022. *See* TEX. R. CIV. P. 329b(a). Therefore, appellant's notice of appeal was due by November 16, 2022. *See* TEX. R. APP. P. 26.1(a).

Appellant untimely filed his notice of appeal on December 30, 2022. Without a timely filed notice of appeal, this Court lacks jurisdiction over the appeal. *See* TEX. R. APP. P. 25.1.

On August 21, 2023, we notified appellant that the appeal was subject to dismissal for want of jurisdiction unless, by August 31, 2023, it filed a response showing grounds for continuing the appeal. *See* TEX. R. APP. P. 42.3(a). Appellant has not adequately responded to our notice.

Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Hightower and Countiss.